RECEIVED
IN LAKE CHARLES, LA

SEP 2 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

RECEIVED
IN LAKE CHARLES, LA

SEP 2 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NANCY E. CROCKETT, individually, and as administrator of the estate of FRANCIS P. CROCKETT | : | DOCKET NO. 06-1019 |
| VS. | : | JUDGE MINALDI |
| WAL-MART LOUISIANA, L.L.C., ET AL. | : | MAGISTRATE JUDGE WILSON |

## PARTIAL FINAL JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's motion to remand [doc. # 8] be, and it is hereby DENIED.

The court further determines that there is no just reason for delay; and thus it is directed that a final judgment pursuant to Fed.R.Civ.P. 54(b) be, and it is hereby entered in favor of defendant, JEREMY B. SANDERS, dismissing with prejudice plaintiff, NANCY E. CROCKETT's claims (individually, and as administrator of the estate of FRANCIS P. CROCKETT) against said defendant only.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of _____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE